IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDUARDO PAZOS HERNANDEZ,

      Petitioner,

v.                             Case No. 4:17cv425-MW/CAS

JEFF SESSIONS, et al.,

      Respondents.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED** as moot since Petitioner has been granted the relief sought in the petition. All pending motions are denied as moot." The Clerk shall close the file.

**SO ORDERED on January 11, 2018.**

                                              s/Mark E. Walker          ____
                                              **United States District Judge**